OCTOBER 23, 1950.

No. 19. GARA *v.* UNITED STATES.

Argued October 13, 16, 1950. Decided October 23, 1950. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Francis Heisler* argued the cause for petitioner. With him on the brief was *Stanley U. Robinson, Jr. John W. MacDonald* was also of counsel. *Philip R. Monahan* argued the cause for the United States. With him on the brief

were *Solicitor General Perlman, Assistant Attorney General McInerney, Stanley M. Silverberg* and *Robert S. Erdahl.*